# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

Marilyn Kelly,
Chief Justice

136675

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

LAMONT SHREVE,
　　　　　Defendant-Appellant.

SC: 136675
COA: 280015
Wayne CC: 00-002995-01

_____/

　　　　On order of the Court, the application for leave to appeal the May 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　　KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
Clerk

s0128